IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT 12 P 1:11
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| KATHY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 2:06-CV-927-MEF |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, for the reasons set forth below, Defendant Dolgencorp., Inc. (hereinafter "Defendant" or "Dolgencorp") files this Notice of Removal to remove this action from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division, pursuant to 28 U.S.C. §§ 1331, 1337, and 1441. In support of the Notice of Removal, the Defendant states as follows:

1. On or about September 12, 2006, Plaintiff Kathy Jones ("Plaintiff" or "Jones") filed Case No. CV-06-900043 in the Circuit Court for Montgomery County, Alabama alleging violations of the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. (the "FLSA"). Defendant was served with the Complaint on September 14, 2006.

2. This Court has jurisdiction over the Plaintiff's FLSA claim because this Court has original jurisdiction over claims arising under the FLSA. See 29 U.S.C. § 216(b).

3. Removal to this Court is proper because an action under the FLSA that was initiated in a state court is removable to federal court. See Breuer v. Jim's Concrete of Brevard, Inc., 538 U.S. 691 (2003).

4. The citizenship of the parties shall be disregarded for purposes of this removal. 28 U.S.C. §§ 1441(a), 1441(b).

5. Less than 30 days have passed since the Defendant first received notice of the Plaintiff's Complaint.

6. Pursuant to 28 U.S.C. § 1446(a), true copies of the relevant process, pleadings, and orders served upon the Defendants in such action are attached hereto.

7. Defendant shall promptly file a copy of the Notice of Removal in the Circuit Court of Montgomery County, Alabama in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, PREMISES CONSIDERED, Defendant Dolgencorp submits that this action is now properly removed from the Circuit Court for Montgomery County, Alabama, and is properly before this District Court, and that all further actions take place before this Court.

Respectfully submitted,

*[signature]*

Christopher W. Deering
Ryan M. Aday

**ATTORNEYS FOR DEFENDANT
DOLGENCORP, INC.**

**OF COUNSEL:**
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: christopher.deering@odnss.com
E-mail: ryan.aday@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was served upon counsel set forth below by placing a copy of same in the U. S. Mail, first-class postage prepaid and properly addressed, on this the 12th day of October, 2006:

Jere L. Beasley, Esq.
W. Daniel Miles, III, Esq.
Roman A. Shaul, Esq.
Beasley, Allen, Crow, Methvin,
 Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103

*[signature]*

OF COUNSEL

3

# EXHIBIT

# A



ELECTRONICALLY FILED
9/12/2006 10:57 AM
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
FIFTEENTH JUDICIAL CIRCUIT

| | |
|---|---|
| KATHY JONES, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Civil Action No. CV-06-900043 |
| DOLGENCORP, INC. | ) ) JURY TRIAL DEMANDED |
| Defendant. | ) ) ) |

## COMPLAINT

COMES NOW Plaintiff, Kathy Jones, and files this lawsuit against the Defendants, Dolgencorp, Inc pursuant to 29. U.S.C. §201, *et seq.* of the Fair Labor Standards Act (hereinafter "FLSA") and for this cause of action states the following:

1. Defendant Dolgencorp, Inc., (hereinafter referred to as "Defendant" or "Dollar General") is a corporation conducting business in the State of Alabama. Defendant operates retail stores in the "dollar store" market under the trade name "Dollar General." Defendant operates over 8000 stores in approximately 39 states.

2. Plaintiff Kathy Jones currently resides in Montgomery County, Alabama.

3. This action is brought pursuant to the statutory scheme set out under the FLSA, 29 U.S.C §201 et seq. This lawsuit seeks to remedy violations of the wage provisions of the FLSA by Defendant. Defendant's actions have deprived the Plaintiff of lawful wages by failing to pay her the required minimum wage and overtime pay provided under the Act.

4. This Court has subject-matter jurisdiction over this action pursuant to 29 U.S.C. §216(b).

5. Defendant is subject to personal jurisdiction in the State of Alabama for the purpose of this lawsuit.

6. At all times material to this action, Defendant is an enterprise engaged in commerce or in the production of goods for commerce as defined by §203(s)(1) of the FLSA.

7. At all times relevant to this action, Defendant was an "employer" of Plaintiff as defined by §203(d) of the FLSA.

8. At all times material to this action, the Plaintiff was an "employee" of Defendant as defined by §203(e)(1) of the FLSA, and worked for Defendant within the territory of the United States within three (3) years preceding the filing of this lawsuit.

9. At all times relevant to this action, Defendant failed to comply with 29 U.S.C. §§201-209, because Plaintiff performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff for all hours worked in excess of forty (40) within a work week. Similarly, Plaintiff was required to work hours of uncompensated time in violation of the minimum wage provision of the Act.

10. During her employment with Defendant, Plaintiff was not paid time and one-half her regular rate of pay for all hours worked in excess of forty (40) per work week during one or more weeks. Instead Defendant required Plaintiff to work hours "off the clock" without compensation for the same. Defendant reduced Plaintiff's actual hours worked in its computer system to avoid payment to Plaintiff of her proper overtime pay and/or required her to do the same.

11. As a result of Defendant's violations of the FLSA, the Plaintiff, has suffered damages by failing to receive compensation in accordance with the FLSA.

12. In addition to the amount of unpaid wages and benefits owing to the Plaintiff, she is also entitled to recover an additional amount as liquidated damages and prejudgment interest.

13. Defendant's actions in failing to compensate the Plaintiff was willful.

14. Defendant has not made a good faith effort to comply with the FLSA.

15. The Plaintiff is entitled to an award of attorney's fees and cost pursuant to

the FLSA.

16. Based on Defendant's willful conduct, the Plaintiff is entitled to the three (3) year statute of limitations allowed under the FLSA.

**WHEREFORE**, the Plaintiff prays for the following relief:

1. The Plaintiff be awarded damages in the amount of her respective unpaid compensation, plus an equal amount of liquidated damages pursuant, including prejudgment interest;

2. Plaintiff be awarded a reasonable attorneys' fees, including the cost and expense of this action; and,

3. Such other legal and equitable relief to which she may be entitled.

4. Plaintiff further demands a struck jury to try the issues raised in this matter.

/s/ Jere L. Beasley

JERE L. BEASLEY (BEA020)

/s/ W. Daniel Miles, III

WILSON DANIEL MILES, III (MIL060)

/s/ Roman A. Shaul

ROMAN A. SHAUL (SHA056)
Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone No. (334) 269-2343
Facsimile No. (334) 954-7555

**PLAINTIFFS DEMAND TRIAL BY STRUCK JURY
ON ALL ISSUES RELATED TO THIS CAUSE**

/s/ Roman A. Shaul

OF COUNSEL





**AlaFile E-Notice**

03-CV-2006-900043.00

To: DOLGENCORP, INC.
C/O CSC – LAWYERS INCORPORATING SERVICE
150 S. PERRY STREET
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

KATHY JONES v. DOLGENCORP, INC.
03-CV-2006-900043.00

The following complaint was FILED on 9/12/2006 11:00:43 AM

Notice Date:   9/12/2006 11:00:43 AM

MELISSA RITTENOUR
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov

| State of Alabama Unified Judicial System Form C-34 Rev 6/88 | SUMMONS - CIVIL - | Case Number: 03-CV-2006-900043.00 |

### IN THE CIVIL COURT OF MONTGOMERY, ALABAMA
### KATHY JONES v. DOLGENCORP, INC.

**NOTICE TO** DOLGENCORP, INC., C/O CSC – LAWYERS INCORPORATING SERVICE 150 S. PERRY

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY ROMAN SHAUL

WHOSE ADDRESS IS 272 COMMERCE STREET, MONTGOMERY AL, 36104

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of  KATHY JONES
  pursuant to the Alabama Rules of the Civil Procedure

9/12/2006 11:00:43 AM        /s MELISSA RITTENOUR                    ma
Date                         Clerk/Register                          By

☑ Certified mail is hereby requested    /s ROMAN SHAUL
                                        Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

Date _____    Server's Signature _____

### 03-CV-2006-900043.00
### KATHY JONES v. DOLGENCORP, INC.

C001 - KATHY JONES                                v.   D001 - DOLGENCORP, INC.
       Plaintiff                                           Defendant

**SERVICE RETURN COPY**