IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| KATHY JONES, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CIVIL ACTION NUMBER: |
| DOLGENCORP, INC., | ) | CV-06-900043 |
| Defendant. | ) |  |

## NOTICE OF FILING NOTICE OF REMOVAL

TO: Melissa Rittenour, Clerk
Circuit Court of Montgomery County, Alabama
251 S. Lawrence Street
Montgomery, Alabama 36102

PLEASE TAKE NOTICE that on Oct. 12, 2006, defendant Dolgencorp, Inc., filed a Notice of Removal, a copy of which is attached as Exhibit A, of the above-styled action in the Office of the Clerk of the United States District Court for the Middle District of Alabama.

You are further advised that, pursuant to 28 U.S.C. § 1446(d), the filing of this notice, along with a copy of the Notice of Removal, with the Clerk of this State Court constitutes a removal of this action such that all proceedings in this case shall henceforth be properly brought only in the United States District Court to which this action has been removed.

DATED this 12th day of October, 2006.

Respectfully submitted,

Christopher W. Deering
Ryan M. Aday

ATTORNEYS FOR DEFENDANT
DOLGENCORP, INC.

1

<u>**OF COUNSEL:**</u>
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mail: christopher.deering@odnss.com
E-mail: ryan.aday@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was served upon counsel set forth below by placing a copy of same in the U.S. Mail, first-class postage prepaid and properly addressed, on this the 12th day of October, 2006:

Jere L. Beasley, Esq.
W. Daniel Miles, III, Esq.
Roman A. Shaul, Esq.
Beasley, Allen, Crow, Methvin,
 Portis, & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103

/s/ Ryan M. Aday
OF COUNSEL

2