IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATHY JONES, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 2:06-cv-927-MEF |
| DOLGENCORP, INC., ) | |
| ) | |
|    Defendant. ) | |

**JOINT MOTION TO WITHDRAW AGREED PROTECTIVE ORDER**

COME NOW Plaintiff Kathy Jones ("Plaintiff") and Defendant Dolgencorp, Inc. ("Dolgencorp") (collectively referred to as the "Parties") and, in accordance with the Court's instructions, file their Joint Motion to Withdraw Agreed Protective Order previously filed with the Court. In support hereof, the Parties state as follows:

1. On December 14, 2006, the Parties filed an Agreed Protective Order with the Court in an effort to prevent disclosure of confidential materials used in this litigation to the general public.

2. After reviewing the Agreed Protective Order, the Court telephoned counsel for Dolgencorp and instructed counsel to make certain modifications to the Agreed Protective Order, to file this Joint Motion to Withdraw Agreed Protective Order, and to file a Joint Motion for Protective Order with the modified Agreed Protective Order attached has an exhibit. Accordingly, the Parties file this Joint Motion.

WHEREFORE, PREMISES CONSIDERED the Parties respectfully request that this Court enter an Order withdrawing the previously filed Agreed Protective Order.

Respectfully submitted,

/s/Christopher W. Deering
Bar No.:  ASB-5555-I71C

OGLETREE, DEAKINS, NASH
  SMOAK & STEWART, P.C.
  One Federal Place, Suite 1000
  1819 5th Avenue North
  Birmingham, Alabama 35203-2118
  (205) 328-1900
  (205) 328-6000
  christopher.deering@odnss.com

/s/Ryan M. Aday
Bar No.: ASB-3789-A54A

OGLETREE, DEAKINS, NASH
  SMOAK & STEWART, P.C.
  One Federal Place, Suite 1000
  1819 5th Avenue North
  Birmingham, Alabama 35203-2118
  (205) 328-1900
  (205) 328-6000
  ryan.aday@odnss.com

ATTORNEYS FOR DEFENDANT
DOLGENCORP, INC.

/s/Roman A. Shaul
Roman A. Shaul, Esq.
BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
272 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: 334.269.2343
Facsimile:  334.954.7555

ATTORNEY FOR PLAINTIFF
KATHY JONES

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 9th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Jere L. Beasley, Esq.
 W. Daniel Miles, III, Esq.
 Roman A. Shaul, Esq.
 **Beasley, Allen, Crow, Methvin,**
 **Portis, & Miles, P.C.**
 P.O. Box 4160
 Montgomery, AL  36103

              <u>s/Christopher W. Deering</u>
              Bar Number:  ASB-5555-I7IC
              Attorney for Defendant,
              Dolgencorp, Inc.

4603312.1