IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATHY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 2:06-cv-927-MEF |
| DOLGENCORP, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO WITHDRAW AGREED PROTECTIVE ORDER

COME NOW Plaintiff Kathy Jones ("Plaintiff") and Defendant Dolgencorp, Inc. ("Dolgencorp") (collectively referred to as the "Parties") and, in accordance with the Court's instructions, file their Joint Motion to Withdraw Agreed Protective Order previously filed with the Court. In support hereof, the Parties state as follows:

1. On December 14, 2006, the Parties filed an Agreed Protective Order with the Court in an effort to prevent disclosure of confidential materials used in this litigation to the general public.

2. After reviewing the Agreed Protective Order, the Court telephoned counsel for Dolgencorp and instructed counsel to make certain modifications to the Agreed Protective Order, to file this Joint Motion to Withdraw Agreed Protective Order, and to file a Joint Motion for Protective Order with the modified Agreed Protective Order attached has an exhibit. Accordingly, the Parties file this Joint Motion.

WHEREFORE, PREMISES CONSIDERED the Parties respectfully request that this Court enter an Order withdrawing the previously filed Agreed Protective Order.

**MOTION GRANTED**

THIS 10th DAY OF January, 20 07

_____
**UNITED STATES MAGISTRATE JUDGE**