### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| KATHY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | |
| | ) | 2:06-cv-927-MEF |
| DOLGENCORP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT DOLGENCORP, INC.'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Dolgencorp, Inc. ("Defendant" or "Dolgencorp")

and files its Evidentiary Submission in Support of its Motion for Summary Judgment.

1.    Declaration of Tracy M. Loftis, with Exhibits.

Respectfully submitted,

s/Christopher W. Deering
Bar No.:  ASB-5555-I71C

Christopher W. Deering, Esq.
Ryan M. Aday, Esq.
**Ogletree, Deakins, Nash,**
    **Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 328-1900
Facsimile:  (205) 328-6000
E-mail: christopher.deering@odnss.com
E-mail: ryan.aday@odnss.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 18th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jere L. Beasley -- jere.beasley@beasleyallen.com

Wilson Daniel Miles, III -- dee.miles@beasleyallen.com

Roman Ashley Shaul  --  roman.shaul@beasleyallen.com


s/Christopher W. Deering
Christopher W. Deering
Bar Number:  ASB-5555-I7IC
Attorney for Defendant,
Dolgencorp, Inc.

4601832.2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KATHY JONES,                    )
                                )
        Plaintiff,              )
                                )          CIVIL ACTION NUMBER:
v.                              )
                                )          2:06-cv-927-MEF
DOLGENCORP, INC.,               )
                                )
        Defendant.             )

## DECLARATION OF TRACY M. LOFTIS

1.      I am currently employed as a Legal Assistant in Dollar General's Law Department located in Goodlettsville, Tennessee. I have been employed by Dollar General since March 26, 2001. I am over the age of 18. I have personal knowledge of the matters set forth in this declaration.

2.      In my position, I am one of the employees designated to have access to certain files, records, and data, including personnel files and payroll records, relating to employees in Dollar General stores, including store level employees. Specifically, I have access to and knowledge of the employment data, personnel file, payroll records and other documents pertaining to the Plaintiff in this case, Kathy Jones.

3.      In connection with providing this declaration, I have retrieved records relating to a Department of Labor Wage & Hour investigation of Store No. 7267, which commenced in October 2005, and involved Kathy Jones. These documents are business records kept in the ordinary course of business, and it is the regular course of business for employees or representatives of Dollar General to make or otherwise maintain these records at or near, the time of the relevant employment or operational actions.

4.      Attached to this Declaration as Exhibit "1" is a true and correct copy of a letter dated October 19, 2005, from Yvette R. Davis, Department of Labor Investigator, to Jennifer Cook, attorney for Dollar General.

1

5.    Attached to this Declaration as Exhibit "2" is a true and correct copy of a letter that I sent to Kathy Jones dated December 13, 2005, enclosing a check made payable to her in the gross amount of $185.84 (the "Check"), along with a Receipt for Payment of Lost or Denied Wages (the "Receipt") for her signature.  On or about December 8, 2005, the Department of Labor provided Dollar General with the Receipt, and instructed that Dollar General secure the signature of Kathy Jones for the Receipt, and return it to the Department of Labor.  A true and correct copy of such written instruction from the Department of Labor is attached hereto as Exhibit "6."

6.    Attached to this Declaration as Exhibit "3" is a true and correct copy of a letter that I sent to Yvette R. Davis dated December 14, 2005.  With that letter, in accordance with Department of Labor instructions, I enclosed copies of the letters and checks that were sent to the affected employees, as determined by the Department of Labor, including Kathy Jones.

7.    Attached to this Declaration as Exhibit "4" is a true and correct copy of a letter that I sent to Yvette R. Davis, in accordance with Department of Labor instructions, on February 1, 2006, executed Receipts from the employees in question who signed and returned the Receipt, and copies of cancelled checks for those employees who did not sign and return a Receipt.

8.    Attached to this Declaration as Exhibit "5" is a true and correct copy of the cancelled Check negotiated by Kathy Jones.

9.    Dolgencorp never received an executed Receipt from Kathy Jones.

I declare under penalty of perjury that the foregoing two-page declaration is true and correct.  Executed on January 17, 2007.

Tracy M. Loftin

4604280.3

2

# EXHIBIT 1

10-19-2005   15:03   From-US DOL WAGE & HOUR                     334 223 7746        T-458   P.002   F-111

**U.S. Department of Labor**

Employment Standards Administration
Wage and Hour Division
4001 Carmichael Road, Suite 215
Montgomery AL 36106
Telephone: (334) 223-7588 Ext. 14
Fax (334) 223-7746



October 19, 2005

Dollar General #72
2250 East South Boulevard
Montgomery AL 36116

SUBJECT:   Visit by Wage and Hour Investigator

Dear Ms. Jennifer Cook,

The Wage and Hour Division is responsible for the administration and enforcement of a number of Federal laws involving labor standards. These include the Fair Labor Standards Act, Family and Medical Leave Act, Public Contracts Act, Service Contracts Act, and Title II of the Consumer Credit Protection Act. The Division also has certain responsibilities under the Davis Bacon Act and related statutes, including the Contract Work Hours and Safety Standards Act.

This is to advise you that an investigation of your business has been scheduled to determine if your employees have been paid in accordance with the requirements of the Fair Labor Standards Act and any other applicable acts as listed above. You are requested to provide the following information covering the last two years ending with your last completed workweek:

1. Timecards or timesheets for all employees

2. Payroll records showing each employee's
   - Name, address, Social Security Number, telephone number
   - Occupation
   - Period of employment
   - Rate(s) of pay, including dates of any changes in rate(s)
   - Total hours worked each workweek ✓
   - Total wages paid each pay period ✓
   - Total daily or weekly straight time earnings or wages
   - Total overtime-excess compensation for the workweek
   - Total additions to or deductions from wages paid each pay period
   - Date of payment and the pay period covered by the payment
   - Records of all compensatory time or banked hours

3. 1099's for claimed independent contractors or day laborers

4. Employer Identification Number

5. Gross Annual Dollar Volume of sales/business for the last 3 years (2004, 2003, and 2002)

I will also need the information requested on the enclosed worksheet, and I will need to examine the I-9 forms which employers are required by the Immigration and Nationality Act to prepare and maintain as verification of employees' employment eligibility.

This list is not meant to be all inclusive and additional records may be requested as needed. Please have these records for all locations.

Every effort will be made to conduct this assignment expeditiously and with a minimum of inconvenience to you and your employees.

Sincerely,

YVETTE R. DAVIS
Wage Hour Investigator

Enclosure:
Handy Reference Guide
Worksheet
Fact Sheet #44

# EXHIBIT 2

 **DOLLAR GENERAL CORPORATION**

Telephone: (615) 855-5156
Facsimile: (615) 855-5154
e-mail: tloftis@dollargeneral.com

*100 Mission Ridge*
*Goodlettsville, TN 37072*

*615.855.4000*

*www.dollorgeneral.com*

December 13, 2005

Kathy Jones
8444 Water Oak Ct.
Montgomery, AL 36117

    RE:   <u>Backwages</u>

Dear Ms. Jones:

    Enclosed please find backwages owed to you by Dollar General in the gross amount of One Hundred Eighty-Five and 84/100 Dollars. Also enclosed is a Receipt for Payment of Lost or Denied Wages. Please sign this upon receipt and return it to my attention in the enclosed prepaid, self-addressed, stamped envelope.

    Sincerely,

    DOLLAR GENERAL CORPORATION

    Tracy M. Loftis
    Legal Assistant

Serving Others



| DESC. | HOURS | RATE | AMOUNT | Y.T.D | DEDUCTIONS | Y.T.D |
|-------|-------|------|--------|-------|------------|-------|
| TOTAL | .00 | | 185.84 | 11,855.79 | | |
| ACH Total .00 | TAXABLE GROSS | | 185.84 | 9,922.67 | | |
| | NET PAY | | 163.92 | 8,362.35 | TOTAL    21.92 | 3,493.44 |



THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

DOLGENCORP, INC
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

NO. 0073230146

SOUTH BANK
CLARKSVILLE, TN

DATE 12/13/2005

AMOUNT
************163.92

VOID AFTER 90 DAYS

PAY One Hundred Sixty Three and 92/100 Dollars

07267   STORE
TO THE     JONES, KATHY C.
ORDER OF   8444 WATER OAK CT
           MONTGOMERY    AL 36117

⑈0073230146⑈ ⑆064103079⑆ 1000080579⑈

*See Reverse Side For Easy Opening Instructions*



ATTN: PAYROLL DEPARTMENT
DOLGENCORP, INC
c/o DOLLAR GENERAL CORPORATION
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

000495

ADDRESS SERVICE REQUESTED

DEPT 07267   STORE
JONES, KATHY C.
8444 WATER OAK CT
MONTGOMERY      AL   36117

Receipt for Payment of Lost or Denied Wages,
Employment Benefits, or Other Compensation

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division

As computed or approved by the Wage and Hour Division

I, *Jones, Kathy C* , hereby acknowledge receipt of payment in full

from *Dolgencorp, Inc., 2280 East South Boulevard, Montgomery, AL 36116*

for the period beginning with workweek ending *10/24/2003* through the workweek

ending *8/12/2005* of unpaid wages, employment benefits, or other compensation due me

(as shown in the column to the right) under the Act(s) indicated in the marked box(es):

| | | |
|---|---|---|
| ☑ The Fair Labor Standards Act 1 | ☐ The Service Contract Act | Gross Amount $  *$185.84* |
| ☐ The Employee Polygraph Protection Act 2 | ☐ The Davis-Bacon and Related Act | Legal Deductions $ |
| ☐ The Family and Medical Leave Act 3 | ☐ The Contract Work Hours and Safety Standards Act | |
| ☐ The Walsh-Healey Public Contracts Act | ☐ Title III - Consumer Credit Protection Act | Net amount received $ |
| ☐ H2A | ☐ Other | |

1 NOTICE TO EMPLOYEE UNDER THE FAIR LABOR STANDARDS ACT - Your acceptance of backwages due under the Fair Labor Standards Act means that you have given up any right you may have to bring suit for such back wages under Section 16(b) of that Act. Section 16(b) provides that an employee may bring suit on his/her own behalf for unpaid minimum wages and/or overtime compensation and an equal amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitation applies to the recovery of backwages. Do not sign this receipt unless you have actually received payment of the back wages due.

2 NOTICE TO EMPLOYEE UNDER THE EMPLOYEE POLYGRAPH PROTECTION ACT - Your acceptance of lost wages and benefits under the Employee Polygraph Protection Act means that you have given up any right that you may have to bring suit for such lost wages and benefits, attorney's fees and court costs. Generally, a 3-year statute of limitations applies to the recovery of lost wages and benefits. Do not sign this receipt unless you have actually received payment of the amounts due.

3 NOTICE TO EMPLOYEE UNDER THE FAMILY AND MEDICAL LEAVE ACT - Your acceptance of lost or denied wages, employment benefits, or other compensation due under the Family and Medical Leave Act means that you have given up any right you may have to bring suit for such amounts under Section 107(a) of that Act. Section 107(a) provides that an employee may bring suit on his/her own behalf for lost or denied wages, salary, employment benefits or other compensation, interest on the lost or denied amounts calculated at the prevailing rate, an additional amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitations applies to the recovery of amounts due. Do not sign this receipt unless you have actually received payment of the amounts due.

Signature of employee

Date _____     Address _____

**EMPLOYER'S CERTIFICATION**

To Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor

I hereby certify that I have on this (Date) _____ paid the above-named employee in full covering lost or denied wages, employment benefits, or other compensation as stated above.

Signed _____     Title _____

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001.

**1. WAGE AND HOUR COPY**

Date: 12/08/2005 3:37:38 PM          Case ID:  1419762          Page 3

EXHIBIT 3

 **DOLLAR GENERAL CORPORATION**

Telephone: (615) 855-5156
Facsimile: (615) 855-5154
e-mail: tloftis@dollargeneral.com

*100 Mission Ridge*
*Goodlettsville, TN 37072*

*615.855.4000*

*www.dollargeneral.com*

December ~~~~~

**Via Facsimile: 334-223-7746**
**Followed Via U.S. Mail**
Yvette R. Davis
Wage & Hour Investigator
U.S. Department of Labor
4001 Carmichael Road, Suite 215
Montgomery, AL 35105

RE:    Dolgencorp, Inc. D/b/a Dollar

Dear Ms. Davis:

As instructed by the Department of Labor
wages to the following employees:

*— Internal handwriting redacted —*

...us representing back

1.    Patricia Abshire
      SSN: 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
      Gross Amount: Two Hundred Twenty-Five and 38/100 Dollars ($225.38)

2.    Shaniki Culbertson
      SSN: 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
      Gross Amount: Eighty-Nine and 16/100 Dollars ($89.16)

3.    Kathy Jones
      SSN: 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
      Gross Amount: One Hundred Eighty-Five and 84/100 Dollars ($185.84)

4.    Theresa Mims
      SSN: 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
      Gross Amount: One Hundred Forty-Six and 00/100 Dollars ($146.00)

I have enclosed copies of each check. Also enclosed is a copy of the U.S. Department
of Labor's Summary of Unpaid Wages signed by Jennifer Gingery Cook. I will forward the
signed copy of the Back Wage Disbursement and Pay Evidence Instructions tomorrow as
soon as it's been executed by Dollar General's Executive Vice President and General
Counsel, Susan Lanigan.

*Serving Others*

Yvette R. Davis
U.S. Department of Labor
December 14, 2005
Page 2

    In addition, I will forward to you the Receipts as they are returned to me by the above individuals. Should I not have any of the Receipts by the end of January, I will arrange to forward you copies of each cancelled check by or before February 6, 2006.

    Please let me know if you should need anything further.

            Sincerely,

            DOLLAR GENERAL CORPORATION

            Tracy M. Loftis
            Legal Assistant
            to Jennifer Gingery Cook

 **DOLLAR GENERAL CORPORATION**

Telephone: (615) 855-5156
Facsimile: (615) 855-5154
e-mail: tloftis@dollargeneral.com

*100 Mission Ridge*
*Goodlettsville, TN 37072*

*615.855.4000*

*www.dollargeneral.com*

December 13, 2005

Patricia Abshire
25 Dogwood Road
Montgomery, AL 36108

    RE:    Backwages

Dear Ms. Abshire:

    Enclosed please find backwages owed to you by Dollar General in the gross amount of Two Hundred Twenty-Five and 38/100 Dollars. Also enclosed is a Receipt for Payment of Lost or Denied Wages. Please sign this upon receipt and return it to my attention in the enclosed prepaid, self-addressed, stamped envelope.

            Sincerely,

            DOLLAR GENERAL CORPORATION

            Tracy M. Loftis
            Legal Assistant

Serving Others

ABSHIRE, PATRICIA                    PERIOD END 12/09/2005 CHECK # 0073230144

| DESC. | HOURS | RATE | AMOUNT | Y.T.D | DEDUCTIONS | | Y.T.D |
|-------|-------|------|--------|-------|------------|--|-------|
| REGULAR | | | 225.38 | 7,362.24 | F.I.C.A. | 13.97 | 473.39 |
| VACATION | | | | 162.00 | MEDICARE | 3.27 | 110.71 |
| HOLIDAY | | | 108.00 | | FED W/H | 11.29 | 442.70 |
| OVT | | | 5.07 | | AL W/H | 6.57 | 235.58 |
| | | | | | GARN FEE | | 18.00 |
| | | | | | GARN | | 658.71 |
| | | | | | | | |
| TOTAL | .00 | | 225.38 | 7,635.31 | | | |
| ACH Total | TAXABLE GROSS | | 225.38 | 7,635.31 | | | |
| .00 | NET PAY | | 190.28 | 5,696.22 | TOTAL | 35.10 | 1,939.09 |



THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

DOLGENCORP, INC                                    NO. 0073230144         DATE 12/13/2005
100 MISSION RIDGE                      AmSouth Bank
GOODLETTSVILLE, TN 37072-2171          CLARKSVILLE, TN                    AMOUNT
                                                                 ************190.28

PAY One Hundred Ninety and 28/100 Dollars                        VOID AFTER 90 DAYS

          07267    STORE
TO THE    ABSHIRE PATRICIA
ORDER OF  25 DOGWOOD RD
          MONTGOMERY    AL 36108

⑈"0073230144"⑆ ⑈064103079⑈ 1000080579"⑈

*See Reverse Side For Easy Opening Instructions*



ATTN: PAYROLL DEPARTMENT                    000493
DOLGENCORP, INC
c/o DOLLAR GENERAL CORPORATION
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

ADDRESS SERVICE REQUESTED

DEPT 07267    STORE
ABSHIRE, PATRICIA
25 DOGWOOD RD
MONTGOMERY        AL  36108

| Receipt for Payment of Lost or Denied Wages, Employment Benefits, or Other Compensation | **U.S. Department of Labor** Employment Standards Administration Wage and Hour Division |



As computed or approved by the Wage and Hour Division

I,  *Abshire, Patricia*  , hereby acknowledge receipt of payment in full

from  *Dollgencorp, Inc., 2280 East South Boulevard, Montgomery, AL 36116*

for the period beginning with workweek ending  *10/24/2003*  through the workweek

ending  *8/12/2005 .*  of unpaid wages, employment benefits, or other compensation due me

(as shown in the column to the right) under the Act(s) indicated in the marked box(es):

| | | | |
|---|---|---|---|
| ☑ The Fair Labor Standards Act 1 | ☐ The Service Contract Act | Gross Amount $ | *$225.38* |
| ☐ The Employee Polygraph Protection Act 2 | ☐ The Davis-Bacon and Related Act | Legal Deductions $ | |
| ☐ The Family and Medical Leave Act 3 | ☐ The Contract Work Hours and Safety Standards Act | | |
| ☐ The Walsh-Healey Public Contracts Act | ☐ Title III - Consumer Credit Protection Act | Net amount received $ | |
| ☐ H2A | ☐ Other _____ | | |

**1 NOTICE TO EMPLOYEE UNDER THE FAIR LABOR STANDARDS ACT** - Your acceptance of backwages due under the Fair Labor Standards Act means that you have given up any right you may have to bring suit for such back wages under Section 16(b) of that Act. Section 16(b) provides that an employee may bring suit on his/her own behalf for unpaid minimum wages and/or overtime compensation and an equal amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitation applies to the recovery of backwages. Do not sign this receipt unless you have actually received payment of the back wages due.

**2 NOTICE TO EMPLOYEE UNDER THE EMPLOYEE POLYGRAPH PROTECTION ACT** - Your acceptance of lost wages and benefits under the Employee Polygraph Protection Act means that you have given up any right that you may have to bring suit for such lost wages and benefits, attorney's fees and court costs. Generally, a 3-year statute of limitations applies to the recovery of lost wages and benefits. Do not sign this receipt unless you have actually received payment of the amounts due.

**3 NOTICE TO EMPLOYEE UNDER THE FAMILY AND MEDICAL LEAVE ACT** - Your acceptance of lost or denied wages, employment benefits, or other compensation due under the Family and Medical Leave Act means that you have given up any right you may have to bring suit for such amounts under Section 107(a) of that Act. Section 107(a) provides that an employee may bring suit on his/her own behalf for lost or denied wages, salary, employment benefits or other compensation, interest on the lost or denied amounts calculated at the prevailing rate, an additional amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitations applies to the recovery of amounts due. Do not sign this receipt unless you have actually received payment of the amounts due.

Signature of employee _____

Date _____    Address _____

**EMPLOYER'S CERTIFICATION**

To Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor

I hereby certify that I have on this (Date) _____ paid the above-named employee in full covering lost or denied wages, employment benefits, or other compensation as stated above.

Signed _____    Title _____

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001.

**1. WAGE AND HOUR COPY**

Date: 12/06/2005 3:37:37 PM         Case ID:  1419762         Page 1

 **DOLLAR GENERAL CORPORATION**

Telephone: (615) 855-5156
Facsimile: (615) 855-5154
e-mail: tloftis@dollargeneral.com

*100 Mission Ridge*
*Goodlettsville, TN 37072*

*615.855.4000*

*www.dollargeneral.com*

December 13, 2005

Shaniki Culbertson
3250 F. Virginia Pines Lane
Montgomery, AL 36116

    RE:   <u>Backwages</u>

Dear Ms. Culbertson:

    Enclosed please find backwages owed to you by Dollar General in the gross amount of Eighty-Nine and 16/100 Dollars. Also enclosed is a Receipt for Payment of Lost or Denied Wages. Please sign this upon receipt and return it to my attention in the enclosed prepaid, self-addressed, stamped envelope.

    Sincerely,

    DOLLAR GENERAL CORPORATION

    Tracy M. Loftis
    Legal Assistant

*Serving Others*



| DESC. | HOURS | RATE | AMOUNT | Y.T.D | DEDUCTIONS | Y.T.D |
|---|---|---|---|---|---|---|
| REGULAR | | | 89.16 | 89.16 | | |
| | | | | | MEDICARE | |
| | | | | | FEDERAL | 3.82 | 3.82 |
| | | | | | AL W/H | 2.61 | 2.61 |
| TOTAL | .00 | | 89.16 | 89.16 | | |
| ACH Total .00 | TAXABLE GROSS | | 89.16 | 89.16 | | |
| | NET PAY | | 75.91 | 75.91 | TOTAL | 13.25 | 13.25 |



THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

DOLGENCORP, INC
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

AmSouth BANK
CLARKSVILLE, TN

NO. 0073230145

DATE 12/13/2005

AMOUNT **************75.91

VOID AFTER 90 DAYS

PAY Seventy Five and 91/100 Dollars

07267    STORE
TO THE    CULBERTSON, SHANIKI L.
ORDER OF    3250 F VIRGINA PINES LANE
MONTGOMERY    AL 36116

⑈0073230145⑈ ⑆064103079⑆ 1000080579⑈

"See Reverse Side For Easy Opening Instructions"



ATTN: PAYROLL DEPARTMENT
DOLGENCORP, INC
c/o DOLLAR GENERAL CORPORATION
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

ADDRESS SERVICE REQUESTED

000494

DEPT 07267    STORE
CULBERTSON, SHANIKI L.
3250 F VIRGINA PINES LANE
MONTGOMERY    AL 36116

**Receipt for Payment of Lost or Denied Wages, Employment Benefits, or Other Compensation**

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



As computed or approved by the Wage and Hour Division

I, _Culbertson, Shaniki L_ , hereby acknowledge receipt of payment in full

from _Dollyancorp, Inc., 2280 East South Boulevard, Montgomery, AL 36116_

for the period beginning with workweek ending _10/24/2003_ through the workweek

ending _11/19/2004_ of unpaid wages, employment benefits, or other compensation due me

(as shown in the column to the right) under the Act(s) indicated in the marked box(es):

| | | |
|---|---|---|
| ☑ The Fair Labor Standards Act 1 | ☐ The Service Contract Act | Gross Amount $ _$89.16_ |
| ☐ The Employee Polygraph Protection Act 2 | ☐ The Davis-Bacon and Related Act | Legal Deductions $ _____ |
| ☐ The Family and Medical Leave Act 3 | ☐ The Contract Work Hours and Safety Standards Act | |
| ☐ The Walsh-Healey Public Contracts Act | ☐ Title III - Consumer Credit Protection Act | Net amount received $ _____ |
| ☐ H2A | ☐ Other _____ | |

1 NOTICE TO EMPLOYEE UNDER THE FAIR LABOR STANDARDS ACT - Your acceptance of backwages due under the Fair Labor Standards Act means that you have given up any right you have to bring suit for such back wages under Section 16(b) of that Act. Section 16(b) provides that an employee may bring suit on his/her own behalf for unpaid minimum wages and/or overtime compensation and an equal amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitation applies to the recovery of backwages. Do not sign this receipt unless you have actually received payment of the back wages due.

2 NOTICE TO EMPLOYEE UNDER THE EMPLOYEE POLYGRAPH PROTECTION ACT - Your acceptance of lost wages and benefits under the Employee Polygraph Protection Act means that you have given up any right that you may have to bring suit for such lost wages and benefits, attorney's fees and court costs. Generally, a 3-year statute of limitations applies to the recovery of lost wages and benefits. Do not sign this receipt unless you have actually received payment of the amounts due.

3 NOTICE TO EMPLOYEE UNDER THE FAMILY AND MEDICAL LEAVE ACT - Your acceptance of lost or denied wages, employment benefits, or other compensation due under the Family and Medical Leave Act means that you have given up any right you may have to bring suit for such amounts under Section 107(a) of that Act. Section 107(a) provides that an employee may bring suit on his/her own behalf for lost or denied wages, salary, employment benefits or other compensation, interest on the lost or denied amounts calculated at the prevailing rate, an additional amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitations applies to the recovery of amounts due. Do not sign this receipt unless you have actually received payment of the amounts due.

Signature of employee _____

Date _____     Address _____

**EMPLOYER'S CERTIFICATION**

**To Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor**

I hereby certify that I have on this (Date) _____ paid the above-named employee

in full covering lost or denied wages, employment benefits, or other compensation as stated above.

Signed _____     Title _____

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001.

**1. WAGE AND HOUR COPY**

 **DOLLAR GENERAL CORPORATION**

Telephone: (615) 855-5156
Facsimile: (615) 855-5154
e-mail: tloftis@dollargeneral.com

*100 Mission Ridge
Goodlettsville, TN 37072*

*615. 855. 4000*

*www.dollargeneral.com*

December 13, 2005

Kathy Jones
8444 Water Oak Ct.
Montgomery, AL 36117

    RE:   <u>Backwages</u>

Dear Ms. Jones:

    Enclosed please find backwages owed to you by Dollar General in the gross amount of One Hundred Eighty-Five and 84/100 Dollars. Also enclosed is a Receipt for Payment of Lost or Denied Wages. Please sign this upon receipt and return it to my attention in the enclosed prepaid, self-addressed, stamped envelope.

        Sincerely,

        DOLLAR GENERAL CORPORATION

        Tracy M. Loftis
        Legal Assistant

Serving Others



PERIOD END 12/10/2005 CHECK NO: 0073230146

| DESC. | HOURS | RATE | AMOUNT | Y.T.D | DEDUCTIONS | | Y.T.D |
|---|---|---|---|---|---|---|---|

| TOTAL | .00 | | 185.84 | 11,855.79 | | | |
| ACH Total .00 | TAXABLE GROSS | | 185.84 | 9,922.67 | | | |
| | NET PAY | | 163.92 | 8,362.35 | TOTAL | 21.92 | 3,493.44 |



THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

DOLGENCORP, INC
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

AmSouth BANK
CLARKSVILLE, TN

NO: 0073230146

DATE 12/13/2005

AMOUNT
************163.92

VOID AFTER 90 DAYS

PAY One Hundred Sixty Three and 92/100 Dollars

TO THE
ORDER OF

07287    STORE
JONES, KATHY C.
8444 WATER OAK CT
MONTGOMERY    AL 36117

⑈"0073230146"⑈ ⑆064103079⑆ ⑈000080579"⑈

*See Reverse Side For Easy Opening Instructions*



ATTN: PAYROLL DEPARTMENT
DOLGENCORP, INC
c/o DOLLAR GENERAL CORPORATION
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

ADDRESS SERVICE REQUESTED

000495

DEPT 07267    STORE
JONES, KATHY C.
8444 WATER OAK CT
MONTGOMERY        AL    36117

| Receipt for Payment of Lost or Denied Wages, Employment Benefits, or Other Compensation | U.S. Department of Labor |
|---|---|
| | Employment Standards Administration<br>Wage and Hour Division |

As computed or approved by the Wage and Hour Division

I, **Jones, Kathy C**                                                                 , hereby acknowledge receipt of payment in full

from   **Do[...]yencorp, Inc., 2280 East South Boulevard, Montgomery, AL 36116**

for the period beginning with workweek ending                    **10/24/2003**                    through the workweek

ending       **8/12/2005**                                   of unpaid wages, employment benefits, or other compensation due me

(as shown in the column to the right) under the Act(s) indicated in the marked box(es):

| | | |
|---|---|---|
| ☑ The Fair Labor Standards Act 1 | ☐ The Service Contract Act | Gross Amount $      **$185.84** |
| ☐ The Employee Polygraph Protection Act 2 | ☐ The Davis-Bacon and Related Act | Legal Deductions $ |
| ☐ The Family and Medical Leave Act 3 | ☐ The Contract Work Hours and Safety Standards Act | |
| ☐ The Walsh-Healey Public Contracts Act | ☐ Title III - Consumer Credit Protection Act | Net amount received $ |
| ☐ H2A | ☐ Other | |

1 NOTICE TO EMPLOYEE UNDER THE FAIR LABOR STANDARDS ACT - Your acceptance of backwages due under the Fair Labor Standards Act means that you have given up any right you may have to bring suit for such back wages under Section 16(b) of that Act. Section 16(b) provides that an employee may bring suit on his/her own behalf for unpaid minimum wages and/or overtime compensation and an equal amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitation applies to the recovery of backwages. Do not sign this receipt unless you have actually received payment of the back wages due.

2 NOTICE TO EMPLOYEE UNDER THE EMPLOYEE POLYGRAPH PROTECTION ACT – Your acceptance of lost wages and benefits under the Employee Polygraph Protection Act means that you have given up any right that you may have to bring suit for such lost wages and benefits, attorney's fees and court costs. Generally, a 3-year statute of limitations applies to the recovery of lost wages and benefits. Do not sign this receipt unless you have actually received payment of the amounts due.

3 NOTICE TO EMPLOYEE UNDER THE FAMILY AND MEDICAL LEAVE ACT - Your acceptance of lost or denied wages, employment benefits, or other compensation due under the Family and Medical Leave Act means that you have given up any right you may have to bring suit for such amounts under Section 107(a) of that Act. Section 107(a) provides that an employee may bring suit on his/her own behalf for lost or denied wages, salary, employment benefits or other compensation, interest on the lost or denied amounts calculated at the prevailing rate, an additional amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitations applies to the recovery of amounts due. Do not sign this receipt unless you have actually received payment of the amounts due.

Signature of employee

Date                                              Address

## EMPLOYER'S CERTIFICATION
### To Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor

I hereby certify that I have on this (Date)                                              paid the above-named employee in full covering lost or denied wages, employment benefits, or other compensation as stated above.

Signed                                              Title

**PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT OR MISREPRESENTATION UNDER U.S CODE, TITLE 18, SEC. 1001.**

## 1. WAGE AND HOUR COPY

 **DOLLAR GENERAL CORPORATION**

Telephone: (615) 855-5156
Facsimile: (615) 855-5154
e-mail: tloftis@dollargeneral.com

*100 Mission Ridge*
*Goodlettsville, TN 37072*

*615.855.4000*

*www.dollargeneral.com*

December 13, 2005

Theresa Mims
7 Cedar St.
Montgomery, AL 36110

    RE:   Backwages

Dear Ms. Mims:

    Enclosed please find backwages owed to you by Dollar General in the gross amount of One Hundred Forty-Six and 00/100 Dollars. Also enclosed is a Receipt for Payment of Lost or Denied Wages. Please sign this upon receipt and return it to my attention in the enclosed prepaid, self-addressed, stamped envelope.

    Sincerely,

    DOLLAR GENERAL CORPORATION

    Tracy M. Loftis
    Legal Assistant

Serving Others



PERIOD ENDING 12/06/2005 CHECK # 007323017

| DESC. | HOURS | RATE | AMOUNT | Y.T.D | DEDUCTIONS | | Y.T.D |
|-------|-------|------|--------|-------|-----------|---|-------|
| REGULAR | | | 146.00 | 4,266.00 | FED TAX | | 14.62 |
| | | | | | MEDICARE | 2.11 | 44.69 |
| | | | | | SUP S/C | | 85.68 |
| | | | | | AL TAX | 5.07 | 111.08 |
| | | | | | HEALTH | | 1,483.98 |
| | | | | | DIS-LTD | | 34.44 |
| | | | | | DIS-STD | | 69.44 |
| | | | | | EMP LIFE | | 22.68 |
| | | | | | DEPLIFE8 | | 9.80 |
| | | | | | SP LIFE | | 21.84 |
| TOTAL | .00 | | 146.00 | 4,266.00 | | | |
| ACH Total | TAXABLE GROSS | | 146.00 | 3,082.02 | | | |
| .00 | NET PAY | | 129.75 | 2,491.28 | TOTAL | 16.25 | 1,774.72 |



THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

DOLGENCORP, INC
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

AmSouth BANK

NO 007323147

DATE 12/13/2005

AMOUNT
************129.75

VOID AFTER 90 DAYS

PAY One Hundred Twenty Nine and 75/100 Dollars

07267    STORE
TO THE   MIMS, THERESA S.
ORDER OF 7 CEDAR ST
MONTGOMERY    AL 36110

⑈007323014⑈  ⑆064103079⑈  ⑈000080579⑈

*See Reverse Side For Easy Opening Instructions*



ATTN: PAYROLL DEPARTMENT          000496
DOLGENCORP, INC
c/o DOLLAR GENERAL CORPORATION
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

ADDRESS SERVICE REQUESTED

DEPT 07267    STORE
MIMS, THERESA S.
7 CEDAR ST
MONTGOMERY      AL  36110

**Receipt for Payment of Lost or Denied Wages, Employment Benefits, or Other Compensation**

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



As computed or approved by the Wage and Hour Division

I, *Mims, Theresa*                                          , hereby acknowledge receipt of payment in full

from *Dollgencorp, Inc., 2280 East South Boulevard, Montgomery, AL 36116*

for the period beginning with workweek ending          *10/24/2003*          through the workweek

ending   *8/12/2005*                          of unpaid wages, employment benefits, or other compensation due me

(as shown in the column to the right) under the Act(s) indicated in the marked box(es):

| | | |
|---|---|---|
| ☑ The Fair Labor Standards Act 1 | ☐ The Service Contract Act | Gross Amount $    $146.00 |
| ☐ The Employee Polygraph Protection Act 2 | ☐ The Davis-Bacon and Related Act | Legal Deductions $ |
| ☐ The Family and Medical Leave Act 3 | ☐ The Contract Work Hours and Safety Standards Act | |
| ☐ The Walsh-Healey Public Contracts Act | ☐ Title III - Consumer Credit Protection Act | Net amount received $ |
| ☐ H2A | ☐ Other | |

1 NOTICE TO EMPLOYEE UNDER THE FAIR LABOR STANDARDS ACT - Your acceptance of backwages due under the Fair Labor Standards Act means that you have given up any right you may have to bring suit for such back wages under Section 16(b) of that Act. Section 16(b) provides that an employee may bring suit on his/her own behalf for unpaid minimum wages and/or overtime compensation and an equal amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitation applies to the recovery of backwages. Do not sign this receipt unless you have actually received payment of the back wages due.

2 NOTICE TO EMPLOYEE UNDER THE EMPLOYEE POLYGRAPH PROTECTION ACT - Your acceptance of lost wages and benefits under the Employee Polygraph Protection Act means that you have given up any right that you may have to bring suit for such lost wages and benefits, attorney's fees and court costs. Generally, a 3-year statute of limitations applies to the recovery of lost wages and benefits. Do not sign this receipt unless you have actually received payment of the amounts due.

3 NOTICE TO EMPLOYEE UNDER THE FAMILY AND MEDICAL LEAVE ACT - Your acceptance of lost or denied wages, employment benefits, or other compensation due under the Family and Medical Leave Act means that you have given up any right you may have to bring suit for such amounts under Section 107(a) of that Act. Section 107(a) provides that an employee may bring suit on his/her own behalf for lost or denied wages, salary, employment benefits or other compensation, interest on the lost or denied amounts calculated at the prevailing rate, an additional amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitations applies to the recovery of amounts due. Do not sign this receipt unless you have actually received payment of the amounts due.

Signature of employee

Date                                        Address

**EMPLOYER'S CERTIFICATION**

**To Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor**

I hereby certify that I have on this (Date)                                        paid the above-named employee

in full covering lost or denied wages, employment benefits, or other compensation as stated above.

Signed                                        Title

**PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT OR MISREPRESENTATION UNDER U.S CODE, TITLE 18, SEC. 1001.**

**1. WAGE AND HOUR COPY**

Date: 12/05/2005 3:37:39 PM                    Case ID:  1419762                        Page 4

# EXHIBIT 4

 **DOLLAR GENERAL CORPORATION**

Telephone: (615) 855-5156
Facsimile: (615) 855-5154
e-mail: tloftis@dollargeneral.com

*100 Mission Ridge*
*Goodlettsville, TN 37072*
*615.855.4000*
*www.dollargeneral.com*

February 1, 2006

**Via Facsimile: 334-223-7746**
**Followed Via U.S. Mail**
Ms. Yvette R. Davis
Wage & Hour Investigator
U.S. Department of Labor
4001 Carmichael Road, Suite 215
Montgomery, AL 35105

     RE:    Dolgencorp, Inc. D/b/a Dollar General Store 7267

Dear Ms. Davis:

    As instructed by the Department of Labor, enclosed please find Receipts of Payment of Lost or Denied Wages executed by Patricia Abshire and Theresa Mims. We did not receive executed Receipts from Kathy Jones or Shaniki Culbertson, therefore enclosed please find copies of their checks that have cleared the bank.

    Please let me know if you should need anything further.

              Sincerely,

              DOLLAR GENERAL CORPORATION

              Tracy M. Loftis
              Legal Assistant
              to Jennifer Gingery Cook

Serving Others

12-08-2005   11:31   From-US DOL WAGE & HOUR                    334 223 7746           T-586   P.002/006   F-424

Receipt for Payment of Lost or Denied Wages,   **U.S. Department of** RECEIVED
Employment Benefits, or Other Compensation    Employment Standards Administration
                                               Wage and Hour Division

                                                              DEC 2 1 2005

As computed or approved by the Wage and Hour Division

                                                              EMPLOYMENT LAW

I,   *Abshire, Patricia*                                    , hereby acknowledge receipt of payment in full

from   *Dolgencorp, Inc., 2280 East South Boulevard, Montgomery, AL 36116*

for the period beginning with workweek ending          *10/24/2003*              through the workweek

ending   *8/12/2005*                     of unpaid wages, employment benefits, or other compensation due me

(as shown in the column to the right) under the Act(s) indicated in the marked box(es):

| | | |
|---|---|---|
| ☑ The Fair Labor Standards Act 1 | ☐ The Service Contract Act | Gross Amount $   $225.38 |
| ☐ The Employee Polygraph Protection Act 2 | ☐ The Davis-Bacon and Related Act | Legal Deductions $ |
| ☐ The Family and Medical Leave Act 3 | ☐ The Contract Work Hours and Safety Standards Act | |
| ☐ The Walsh-Healey Public Contracts Act | ☐ Title III - Consumer Credit Protection Act | Net amount received $ |
| ☐ H2A | ☐ Other | |

1 NOTICE TO EMPLOYEE UNDER THE FAIR LABOR STANDARDS ACT - Your acceptance of backwages due under the Fair Labor Standards Act means that you have given up any right you may have to bring suit for such back wages under Section 16(b) of that Act. Section 16(b) provides that an employee may bring suit on his/her own behalf for unpaid minimum wages and/or overtime compensation and an equal amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitation applies to the recovery of backwages. Do not sign this receipt unless you have actually received payment of the back wages due.

2 NOTICE TO EMPLOYEE UNDER THE EMPLOYEE POLYGRAPH PROTECTION ACT - Your acceptance of lost wages and benefits under the Employee Polygraph Protection Act means that you have given up any right that you may have to bring suit for such lost wages and benefits, attorney's fees and court costs. Generally, a 3-year statute of limitations applies to the recovery of lost wages and benefits. Do not sign this receipt unless you have actually received payment of the amounts due.

3 NOTICE TO EMPLOYEE UNDER THE FAMILY AND MEDICAL LEAVE ACT - Your acceptance of lost or denied wages, employment benefits, or other compensation due under the Family and Medical Leave Act means that you have given up any right you may have to bring suit for such amounts under Section 107(a) of that Act. Section 107(a) provides that an employee may bring suit on his/her own behalf for lost or denied wages, salary, employment benefits or other compensation, interest on the lost or denied amounts calculated at the prevailing rate, an additional amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitations applies to the recovery of amounts due. Do not sign this receipt unless you have actually received payment of the amounts due.

Signature of employee   *Patricia Abshire*

Date   *12/19/05*          Address   *25 Dogwood Dr Mont Al 36108*

**EMPLOYER'S CERTIFICATION**

To Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor

I hereby certify that I have on this (Date)   *12/17/05*          paid the above-named employee

In full covering lost or denied wages, employment benefits, or other compensation as stated above.

Signed   *Patricia Abshire*                          Title

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001.

**1. WAGE AND HOUR COPY**

12-08-2006   11:31   From-US DOL WAGE & HOUR            334 223 7746            T-566   P.005/005   F-424

**Receipt for Payment of Lost or Denied Wages, Employment Benefits, or Other Compensation**

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division



As computed or approved by the Wage and Hour Division

I,  **Mimi, Theresa**  , hereby acknowledge receipt of payment in full

from  **Dollgencorp, Inc., 2380 East South Boulevard, Montgomery, AL 36116**

for the period beginning with workweek ending  **10/24/2003**  through the workweek

ending  **8/13/2005**  of unpaid wages, employment benefits, or other compensation due me

(as shown in the column to the right) under the Act(s) indicated in the marked box(es):

| | | | |
|---|---|---|---|
| ☑ | The Fair Labor Standards Act 1 | ☐ The Service Contract Act | Gross Amount $  **$146.00** |
| ☐ | The Employee Polygraph Protection Act 2 | ☐ The Davis-Bacon and Related Act | Legal Deductions $  - |
| ☐ | The Family and Medical Leave Act 3 | ☐ The Contract Work Hours and Safety Standards Act | |
| ☐ | The Walsh-Healey Public Contracts Act | ☐ Title III - Consumer Credit Protection Act | Net amount received $ |
| ☐ | H2A | ☐ Other | |

**1 NOTICE TO EMPLOYEE UNDER THE FAIR LABOR STANDARDS ACT** - Your acceptance of backwages due under the Fair Labor Standards Act means that you have given up any right you may have to bring suit for such back wages under Section 16(b) of that Act. Section 16(b) provides that an employee may bring suit on his/her own behalf for unpaid minimum wages and/or overtime compensation and an equal amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitation applies to the recovery of backwages. Do not sign this receipt unless you have actually received payment of the back wages due.

**2 NOTICE TO EMPLOYEE UNDER THE EMPLOYEE POLYGRAPH PROTECTION ACT** - Your acceptance of lost wages and benefits under the Employee Polygraph Protection Act means that you have given up any right that you may have to bring suit for such lost wages and benefits, attorney's fees and court costs. Generally, a 3-year statute of limitations applies to the recovery of lost wages and benefits. Do not sign this receipt unless you have actually received payment of the amounts due.

**3 NOTICE TO EMPLOYEE UNDER THE FAMILY AND MEDICAL LEAVE ACT** - Your acceptance of lost or denied wages, employment benefits, or other compensation due under the Family and Medical Leave Act means that you have given up any right you may have to bring suit for such amounts under Section 107(a) of that Act. Section 107(a) provides that an employee may bring suit on his/her own behalf for lost or denied wages, salary, employment benefits or other compensation, interest on the lost or denied amounts calculated at the prevailing rate, an additional amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitations applies to the recovery of amounts due. Do not sign this receipt unless you have actually received payment of the amounts due.

Signature of employee  _____

Date  **12/23/ix**          Address  **7 Cedar Pl**

**EMPLOYER'S CERTIFICATION**

**To Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor**

I hereby certify that I have on this (Date) _____  paid the above-named employee in full covering lost or denied wages, employment benefits, or other compensation as stated above.

Signed _____          Title _____

**PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT OR MISREPRESENTATION UNDER U.S CODE, TITLE 18, SEC. 1001.**

### 1. WAGE AND HOUR COPY

Date: 12/07/2005 3:37:39 PM          Case ID: 1419762          Page 4

mSouth Bank Treasury Management - Dollar General(1000080579)    Paid Date: 01/17/2006    Serial Number: 73230146    Bank Sequence: 21405435

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.



**DOLGENCORP, INC**
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

AmSouth BANK
CLARKSVILLE, TN

NO. 0073230146

DATE 12/13/2005

AMOUNT
***************163.92

VOID AFTER 90 DAYS

PAY One Hundred Sixty Three and 92/100 Dollars

TO THE
ORDER OF

07267    STORE
JONES, KATHY C.
8444 WATER OAK CT
MONTGOMERY    AL 36117

⑆0073230146⑆ ⑈064103079⑈ ⑇000080579⑇         ⑆000016392⑆

REGIONS BANK ⑈064200569⑈
70 BAGBY DRIVE 01132006
BIRMINGHAM, AL

0092008511

ENDORSE CHECK HERE
X Kathy C. Jones
For Deposit Only

DO NOT WRITE, SIGN, STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT





# MEMORY TRANSMISSION REPORT

```
                                    TIME      : FEB-01-2006  09:02AM
                                    TEL NUMBER : 6158555154
                                    NAME      : LAW DEPARTMENT
```

FILE NUMBER          :   315

DATE                 :   FEB-01 08:59AM

TO                   :   162011 2913342237746

DOCUMENT PAGES       :   005

START TIME           :   FEB-01 08:59AM

END TIME             :   FEB-01 09:02AM

SENT PAGES           :   005

STATUS               :   OK

FILE NUMBER    : 315        *** SUCCESSFUL TX NOTICE ***

---

## DOLLAR GENERAL CORPORATION

Telephone: (615) 855-5156
Facsimile: (615) 855-5154
e-mail: cloftis@dollargeneral.com

100 Mission Ridge
Goodlettsville, TN 37072
615.855.4000
www.dollargeneral.com

February 1, 2006

**Via Facsimile: 334-223-7746**
**Followed Via U.S. Mail**
Ms. Yvette R. Davis
Wage & Hour Investigator
U.S. Department of Labor
4001 Carmichael Road, Suite 215
Montgomery, AL 35105

RE:    Dolgencorp, Inc. D/b/a Dollar General Store 7267

Dear Ms. Davis:

As instructed by the Department of Labor, enclosed please find Receipts of Payment
of Lost or Denied Wages executed by Patricia Abshire and Theresa Mims. We did not
receive executed Receipts from Kathy Jones or Shaniki Culbertson, therefore enclosed please
find copies of their checks that have cleared the bank.

Please let me know if you should need anything further.

Sincerely,

DOLLAR GENERAL CORPORATION

Tracy M. Loftis
Legal Assistant
to Jennifer Gingory Cook

# EXHIBIT 5

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

DOLGENCORP, INC
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072-2171

AmSOUTH BANK
CLARKSVILLE, TN

NO. 0073230146

DATE 12/13/2005

AMOUNT ***********163.92

VOID AFTER 90 DAYS

PAY One Hundred Sixty Three and 92/100 Dollars

TO THE
ORDER OF

07267     STORE
JONES, KATHY C.
8444 WATER OAK CT
MONTGOMERY     AL 36117

Wade L Smith

⑁"0073230146" ⑁064103079⑁ ⑁000080579" ⑁000016392⑁

REGIONS BANK 0620056904
78 BAGBY DRIVE 01132006
BIRMINGHAM, AL

0092388511

ENDORSE PRESENT HERE
X Kathy C. Jones
For Deposit Only

DO NOT WRITE SIGN STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

080000116593000001

# EXHIBIT 6

12-08-2005   11:26   From-US DOL WAGE & HOUR          334 223 7746      T-565  P.001/004   F-423

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division
4000 Carmichael Road, Suite 215
Montgomery, AL 36106
Telephone (334) 223-7588, Ext. 14
Fax (334) 223-7746





| To: | Dollar General | From: | Yvette R. Davis |
|-----|----------------|-------|-----------------|
| Fax: | 615-855-5154 | Pages: | 4 |
| Phone: | 615-855-5157 | Date: | 12/08/2005 |
| Re: | Wage and Hour Investigation | CC: | |

☒ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

ATTN: Ms. Jennifer Cook

Per recent conversation, attached are the forms that need to be signed and re-faxed to our office for case closure.  If you have any questions, please give me a call.

YVETTE R. DAVIS
Wage Hour Investigator

***** WARNING *****The attached information may be confidential. It is intended only for the addressee(s) identified above. If you are not the addressee(s), or an employee or agent of the addressee(s), please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please destroy the document and notify the sender of the error.  Thank You