IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATHY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 2:06-cv-927-MEF |
| DOLGENCORP, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties, by and through their undersigned attorneys, and inform the Court that Plaintiff Kathy Jones ("Plaintiff") wishes to dismiss the above-captioned lawsuit against Defendant Dolgencorp, Inc. ("Dolgencorp"), with prejudice, with each party to pay his or its attorney's fees and costs.

In this lawsuit, Plaintiff brought a single "off the clock" claim under the Fair Labor Standards Act ("FLSA") against Dolgencorp. The parties are now in agreement that any claim Plaintiff may have had under the FLSA was waived prior to the initiation of this lawsuit by virtue of her conduct in another matter.

WHEREFORE, the Parties hereby agree that the Complaint shall be dismissed with prejudice, costs taxed as paid, with each party to pay her or its attorney's fees, and further move this Honorable Court to enter an Order dismissing this case with prejudice.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE. FURTHER, THE PARTIES HAVE AGREED THAT RYAN M. ADAY WILL E-

FILE THE FOREGOING *JOINT STIPULATION OF DISMISSAL WITH PREJUDICE.*

                                                Respectfully submitted,

/s/ Ryan M. Aday
Christopher W. Deering, Esq.
Ryan M. Aday, Esq.
**Ogletree, Deakins, Nash,**
    **Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
christopher.deering@odnss.com
ryan.aday@odnss.com


/s/ Roman A. Shaul
Jere L. Beasley, Esq.
W. Daniel Miles, III, Esq.
Roman A. Shaul, Esq.
**Beasley, Allen, Crow, Methvin,**
    **Portis, & Miles, P.C.**
P.O. Box 4160
Montgomery, AL 36103
Phone: (334) 269-2343
Facsimile: (334) 954-7555

4651083.1